# UNITED STATES DISTRICT COURT
for the District of New Jersey

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| FLORIAN CALIN CRAINIC | ) Case No. 2:16-MJ-3647 (MF) |
| *Defendant* | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 12/5/16

*Defendant's signature*

*Signature of defendant's attorney*

Josh Reinitz

*Printed name and bar number of defendant's attorney*