# IACULLO MARTINO, LLC
**A LIMITED LIABILITY COMPANY**
**ATTORNEYS AT LAW**

| | | |
|---|---|---|
| ANTHONY J. IACULLO* | 247 FRANKLIN AVENUE | |
| STEVEN J. MARTINO** | | |
| | Nutley, New Jersey 07110-0047 | ARTHUR S. HORN*** |
| | Telephone | OF COUNSEL TO THE FIRM |
| LYNNE M. MACHTEMES | (973) 235-1550 | |
| JOSHUA H. REINITZ | FACSIMILE | VINCENZA DECESARE |
| *CERTIFIED BY THE SUPREME COURT AS | (973) 661-1653 | DAWN PEKAR |
| A CRIMINAL TRIAL ATTORNEY | | PARALEGALS |
| **CERTIFIED BY THE SUPREME COURT AS | | |
| A MATRIMONIAL LAW ATTORNEY | | |
| ***MEMBER NJ & NY BARS | | |

**VIA Email**
December 6, 2016

Hon. Leda Dunn Wettre, U.S.M.J.
M.L.K. Federal Bldg. & Courthouse
50 Walnut Street
Newark, NJ 07101

   RE: United States v. Florian Crainic
      Mag. No.: 16-3647

Dear Judge Wettre:

Earlier today I was informed by Ms. Marin of Pretrial Services that they have been able to confirm that Mr. Crainic has a permit to work in the United States and accordingly would not object to the conditions of his release being altered to permit him to work as discussed at yesterday's hearing. I have also received the gracious consent of my adversary, A.U.S.A. Kelly Graves, to this amendment. I thereby request that Mr. Crainic's conditions be amended to have him maintain home detention and permit him to work with Location Monitoring. ✗

Thank you for your courtesies

Respectfully submitted,

/s/ *Anthony J. Iacullo, Esq.*

ANTHONY J. IACULLO

*✗ Granted.*
*SO ORDERED. 12/7/16*
*Leda D. Wettre, USMJ*