UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff : | |
| : | Hon. Mark Falk |
| : | |
| : | Criminal No.: 16-3647 |
| vs. : | |
| : | |
| FLORIAN CRAINIC : | |
| Defendant : | **CONSENT ORDER** |
| : | |

    **THIS MATTER** having been opened to the Court by Iacullo Martino, LLC, attorneys for defendant, Florian Crainic, and on notice to the United States Attorney's Office by and through Kelly Graves, Assistant United States Attorney, as well as Pretrial Services, and the parties having consented to same, and good cause having been shown:

    IT IS on this ___6___ day of ___Feb___, 2017

**ORDERED** that Defendant's condition of release shall be modified as follows:

    1.   Defendant shall be permitted to attend the baptism of his cousin's son on Sunday, February 12, 2017 from 3:30 p.m. to 10:30 p.m. at European Crystal Banquetes, W519 Algonquin Road, Arlington Heights, IL; and it is further

**ORDERED** that all other conditions of release remain in full force and effect and that a copy of this Order be served upon all parties within ___3___ days of the date hereof.

*[signature]*

Honorable Mark Falk
United States District Judge