2016R00545/KG

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Esther Salas |
| v. | : | Crim. No. 17-289 (ES) |
| FLORIAN CALIN CRAINIC | : | WAIVER OF INDICTMENT |

I, Florian Calin Crainic, the above-named defendant, who is charged with one count of conspiracy to commit bank fraud, contrary to Title 18, United States Code, Section 1344, in violation of Title 18, United States Code, Section 1349, being advised of the nature of the charge, the proposed Information, and my rights, hereby waive in open court on July 26, 2017 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

F.C.
Defendant Florian Calin Crainic

Joshua Reinitz, Esq.
Counsel for Defendant

Before:
HONORABLE ESTHER SALAS
United States District Judge