UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs.<br><br>FLORIAN CRAINIC<br>Defendant | Hon. ~~Mark Falk~~ Esther Salas<br><br>Criminal No.: ~~16-3647~~<br>17-289 (ES)<br><br>**CONSENT ORDER** |

**THIS MATTER** having been opened to the Court by Iacullo Martino, LLC, attorneys for defendant, Florian Crainic, and on notice to the United States Attorney's Office by and through Kelly Graves, Assistant United States Attorney, as well as Pretrial Services, and the parties having consented to same, and good cause having been shown:

**IT IS** on this _7th_ day of _September_, 2017

**ORDERED** that Defendant's condition of release shall be modified as follows:

1. Defendant shall be removed from electronic monitoring

2. Defendant is granted permission to travel outside of the State of Illinois for work purposes with the prior approval of his local supervising Pre-Trial Officer;

3. Defendant shall remain in current residence with 3rd party custodian; and it is further

**ORDERED** that all other conditions of release remain in full force and effect and that a copy of this Order be served upon all parties within _7_ days of the date hereof.

_____
HON. ESTHER SALAS, U.S.D.J.