# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

## Minutes of Proceedings

Judge:   Esther Salas                    Date: October 31, 2019

Court Reporter:  Mary Jo Monteleone

**Title of Case:**                    Docket # **Cr. 17-289 (ES)**

U.S.A. v. FLORIAN CALIN CRAINIC

**Appearances:**

Angelica M. Sinopole, AUSA, for the govt.
Marianne Shelvey, AUSA, for the govt.
Joshua Reinitz, Esq. for the deft.
Richard Lee, U.S. Probation Office.
Bruno Blumenfeld, Interpreter

**Nature of Proceedings:**   SENTENCING

Romanian Interpreter sworn.
Conference in chambers with Probation and counsel.
In the courtroom and on the record.
Defendant present.
Defendant sentenced by TIME SERVED.
Supervised release for a term of 2 years.

**Special Conditions:**

1) NEW DEBT RESTRICTIONS
2) FINANCIAL DISCLOSURE
3) COOPERATION WITH IMMIGRATION AND CUSTOMS ENFORCEMENT
Restitution in the amount of $86,842.00 due immediately.
Fine waived.
Special Assessment: $100.00 due immediately.
Defendant advised of his right to appeal.


Time  Commenced:   1:25 p.m.
Time Adjourned:    2:15 p.m.
Total Time: 50Min

                                    Elisaveta Kalluci
                                    Courtroom Deputy