PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Florian Calin Crainic  
Cr.: 17-00289-001  
PACTS #: 3022163

Name of Sentencing Judicial Officer:   THE HONORABLE ESTHER SALAS  
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/31/2019

Original Offense:   Conspiracy to Commit Bank Fraud – 18 U.S.C. § 1349

Original Sentence: Time Served, 24 months supervised release

Special Conditions: Financial Disclosure, Comply with ICE Instructions, No New Debt/Credit, Restitution $86,842.00

Type of Supervision: Supervised Release    Date Supervision Commenced: 11/13/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number**   **Nature of Noncompliance**

1   On January 2, 2020, Cranic submitted a positive opiate test. When questioned, Cranic advised he obtained Romanian antibiotics and pain medication for a tooth infection. The probation officer reminded him he is not take any medication not prescribed to him and medication not obtained over the counter. Cranic understood and agreed. Subsequently, he submitted three additional urine samples that all yielded negative results.

**U.S. Probation Officer Action:**

The Probation Office is recommending no Court Action at this time. Should the Court agree with our recommendation, we respectfully request that Your Honor review the enclosed form and sign the Form 12A (report on offender under supervision), which will also serve as an official reprimand from the Court.

Respectfully submitted,

*Elisa Martinez*

By:  Elisa Martinez  
Supervising U.S. Probation Officer  
Date: 02/27/2020

Prob 12A – page 2
Florian Calin Crainic

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer
Hon. Esther Salas, U.S.D.J.
March 2, 2020
Date