**FILED**
**3/12/2020**
DJ

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**16CR756**

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 17-00289-001 |
| | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Florian Calin Crainic | New Jersey | |
| | NAME OF SENTENCING JUDGE | |
| | Esther Salas | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM | TO |

OFFENSE

18:1349.F, Attempt And Conspiracy To Commit Fraud.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

JUDGE THARP JR.
MAGISTRATE JUDGE FINNEGAN

UNITED STATES DISTRICT COURT FOR THE New Jersey

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

March 2, 2020
Date

/s/ Esther Salas
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/12/2020
Effective Date

/s/ Rebecca Pallmeyer
United States District Judge

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ PATRYCJA JANECZEK
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
March 13, 2020